*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*BATESVILLE DIVISION*

BITUMINOUS CASUALTY CORPORATION

v.                              NO. 1:11CV00096 SWW

CINCINNATI INSURANCE COMPANY

## ORDER

Pursuant to the attached letter stating that all issues in this lawsuit have been resolved, no further action is required by the Court.

IT IS SO ORDERED that this action is dismissed with prejudice.

DATED this 6th day of February 2012.

/s/Susan Webber Wright
United States District Judge

**M R**
**M B**

MUNSON
ROWLETT
MOORE
BOONE

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB - 3 2012

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

400 WEST CAPITOL, SUITE 1900
LITTLE ROCK, ARKANSAS 72201
VOICE (501) 374-6535
FAX (501) 374-5906
www.mrmblaw.com

BEVERLY A. ROWLETT
beverly.rowlett@mrmblaw.com

February 1, 2012

The Honorable Susan Webber Wright
United States District Judge
600 West Capital Avenue
Room A522
Little Rock, Arkansas 72201

    Re:    *Bituminous Casualty Corporation v. The Cincinnati Insurance Company*
            United States District Court, Eastern District of Arkansas, Batesville Division, Case No. 1:11CV00096SWW
            Our File No. 25590

Dear Judge Wright:

    It appears that this lawsuit has become moot, inasmuch as the dispute in the underlying wrongful death action has been settled and all claims have been dismissed with prejudice. Therefore, it is appropriate that this action also be dismissed.

    If the Court would prefer that I prepare an Order of Dismissal, I will be happy to do so.

    Thank you for your consideration in this matter.

                              Sincerely,

                              Beverly A. Rowlett

BAR/cpg
cc:    Shannon L. Fant
       Joel Isaac Farthing